# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN GONZALEZ, | NO. CV 14-2295-AG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 28, 2014.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE